1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  Telephone:  (530) 895-3252
5  Facsimile:  (530) 894-8244

6  Attorney for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 LARY FEEZOR                          )   No: CIV.S-05-1883 GEB GGH
                                        )
13     Plaintiff,                       )
                                        )
14     vs.                              )   **STIPULATION TO AMEND**
                                        )   **COMPLAINT AND ORDER**
15 LUCKA, INC. DBA MCDONALD'S           )   **THEREON**
16 #20253; GOLDEN ARCH LIMITED          )
   PARTNERSHIP.                         )
17                                      )
       Defendants.                      )
18                                      )
19                                      )
                                        )
20

21      The parties, subject to approval of the Court, stipulate as follows:

22
23      1.   Defendant LUKA, INC. has advised plaintiff that MICHAEL KASSITY

24 and RISTUBEN FAMILY TRUST are parties that are not named in the original

25 complaint, as an owner, operator and/or lessor of the property involved in this

26 case.
27
28      2.   The parties agree that plaintiff shall and may amend the complaint to

Stipulation to Amend Complaint and Order Thereon                    Feezor v. McDonald's
                                                          Case No. CIV.S-05-1883 GEB GGH

name MICHAEL KASSITY and RISTUBEN FAMILY TRUST as a defendants.

    3.   The parties agree that defendant LUKA, INC. shall be dismissed. Since Luka, inc. didn't owned the facility during the time in question nor do they currently own the business.

    4.   Defendant GOLDEN ARCH LIMITED PARTNERSHIP shall not be required to file an answer to the amended complaint, and their initial answer shall be deemed responsive to the amended complaint.

Dated: October 17, 2005            LAW OFFICES OF LYNN HUBBARD

                                       /s/ Lynn Hubbard, Esquire
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

Dated: October 18, 2005            FARELLA BRAUN & MARTEL LLP

                                       /s/ Signature on File
                                       PETER MODLIN, ESQ.
                                       Attorney for Defendant GOLDEN ARCH
                                       LIMITED PARTNERSHIP

IT IS SO ORDERED:

DATED: October 19, 2005           /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge