1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 Williamsburg Lane
3  Chico, CA. 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorney for Plaintiff
   LARY FEEZOR
6
   PETER S. MODLIN, SBN 151453
7  FARELLA BRAUN & MARTEL, LLP
   Russ Building, 30th Floor
8  235 Montgomery Street
   San Francisco, CA 94104
9  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
10
   Attorneys for Defendant
11 GOLDEN ARCH LIMITED PARTNERSHIP

12

13

14
            THE UNITED STATES DISTRICT COURT
15
            FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17
   LARY FEEZOR,                    )  CIV.S 05-1883 GEB GGH
18                                 )
        Plaintiff,                 )
19                                 )  **Stipulation to Continue the Status
        vs.                        )  Conference and [Proposed] Order
20                                 )  Thereon**
                                   )
21 GOLDEN ARCH LIMITED             )
   PARTNERSHIP, et al.,            )  Date:  December 12, 2005
22                                 )  Time:  9:00 a.m.
                                   )  Ctrm:  10
23      Defendant.                 )
                                   )
24                                 )
                                   )
25                                 )

26

27

28

**Feezor v. McDonald's, et al., CIV.S 05-1883 GEB GGH**
**Stipulation to Continue the Status Conference**

Page 1

1    It is hereby stipulated by and between plaintiff, James Sanford
2  ("plaintiff"), and defendant, Golden Arch Limited Partnership ("defendant")
3  and their respective counsel, that the date for the status conference be
4  continued for thirty (30) days. The parties make this request due to the
5  following reasons:
6    1.   Defendant, Michael Kassity dba McDonald's #20253, Kenneth
7  W. Ristuben, Jr. Trustee of the Ristuben Family Trust, and Sandra W.
8  Ristuben Trustee of the Ristuben Family Trust, have not yet been served.
9  Plaintiff anticipates serving theses defendants within fourteen (14) days.
10   2.   The parties feel it would be counter productive to hold a status
11 conference without all the named parties.
12   Plaintiff anticipates that all parties will have appeared and be prepared
13 to participate in the continued status conference.

Dated: November 23, 2005        LAW OFFICES OF LYNN HUBBARD


 /s/ Lynn Hubbard, Esquire            /
LYNN HUBBARD, III
Attorney for Plaintiff
LARY FEEZOR

Dated: November 23, 2005        FARELLA BRAUN & MARTEL LLP


 /s/ Peter Modlin, Esquire            /
PETER S. MODLIN
Attorney for Defendant
GOLDEN ARCH LIMITED PARTNERSHIP

**Feezor v. McDonald's, et al., CIV.S 05-1883 GEB GGH**
**Stipulation to Continue the Status Conference**
                Page 2

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

that the status conference be continued to February 21, 2006, at 9:00 a.m., with the joint status report fourteen (14) days prior to the conference.

DATED: November 30, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Feezor v. McDonald's, et al., CIV.S 05-1883 GEB GGH
Stipulation to Continue the Status Conference
Page 3